## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

### JUDGMENT IN A CIVIL CASE

CLUB PILATES FRANCHISE LLC, et al.,       )
                                          )
                    Plaintiffs,           )
          v.                              )
                                          )  Case No. 21-0268-CV-W-BCW
ARCH INSURANCE COMPANY,                   )
                                          )
                    Defendant.            )

\_\_\_\_**Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant Arch Insurance Company's Motion to Dismiss (Doc. #21) is GRANTED. The amended complaint (Doc. #18) is DISMISSED.


March 31, 2022                        Paige Wymore-Wynn
Date                                  Clerk of Court

                                      /s/ Tracy L. Diefenbach
                                      (by) Deputy Clerk